UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER HAYES,<br><br>                      Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY, INC., a Delaware corporation; and MicroPort, Orthopedics, Inc., a Delaware corporation,<br><br>                      Defendants. | Case No.: 16-CV-1072-CAB-(WVC)<br><br>**ORDER OF DISMISSAL**<br>**[Doc. No. 60]** |

    Having considered Plaintiff and Defendant Wright Medical Technology Inc.'s Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** the joint motion. [Doc. No. 60.] Accordingly, this Court **DISMISSES WITH PREJUDICE** all complaints and claims in this action. All parties are to bear their own attorney's fees and costs. The Clerk of Court shall terminate the case.

    It is **SO ORDERED**.

Dated: March 2, 2018

                                                  Hon. Cathy Ann Bencivengo
                                                  United States District Judge